## Case No. 8,782.

### McELROY v. ENGLISH.

[2 Cranch, C. C. 528.] [1]

Circuit Court, District of Columbia. Dec. Term, 1824.

SUNDAY—BILLS AND NOTES—DAYS OF GRACE.

If Sunday be the last day of grace on a promissory note, demand on Saturday is not too soon, and notice on Monday is not too late.

Assumpsit against the endorser of a promissory note. The parties all resided in Georgetown. Sunday was the last day of grace. Payment was demanded on Saturday, and notice given to the defendant on the Monday following.

THE COURT (THRUSTON, Circuit Judge, absent), said the demand was not too soon and the notice not too late.